KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6917
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 3-06-70324 EDL |
| )  Plaintiff, ) | |
| v. ) | ~~[PROPOSED]~~ **ORDER AND NOTICE OF DISMISSAL OF COMPLAINT** |
| ) COLBY SHAWN PATTON, ) | (San Francisco Venue) |
| )  Defendants. ) | |

     With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above complaint without prejudice.

DATED: June 23, 2006            Respectfully submitted,

                                            KEVIN V. RYAN
                                            United States Attorney

                                            _____/S/_____
                                            TRACIE L. BROWN
                                            Assistant U.S. Attorney

NOTICE OF DISMISSAL
3-06-70324 $^{EDL}$

1 | Leave is granted to the government to dismiss the complaint.
2 | SO ORDERED.
3 | Date: 6/26/06

The Hon. Nandor J. Vadas
United States Magistrate Judge

NOTICE OF DISMISSAL
3-06-70324 EDL                                   2