KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

FILED

JUN 2 6 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CR 06-4455 I

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> COLBY SHAWN PATTON, ) <br> ) <br>     Defendants. ) <br> _____ ) | No. 3-06-70324 EDL <br><br> [~~PROPOSED~~] **ORDER AND NOTICE OF DISMISSAL OF COMPLAINT** <br><br> (San Francisco Venue) |

      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above complaint without prejudice.

DATED: June 23, 2006

                                      Respectfully submitted,

                                      KEVIN V. RYAN
                                      United States Attorney

                                      _____/S/_____
                                      TRACIE L. BROWN
                                      Assistant U.S. Attorney

NOTICE OF DISMISSAL
3-06-70324 EDL

1 | Leave is granted to the government to dismiss the complaint.

2 | SO ORDERED.

3 | Date: 6/26/06

4 | _____
The Hon. Nandor J. Vadas
United States Magistrate Judge

5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF DISMISSAL
3-06-70324 EDL

2