AMENDED

E-filing

~~PROPOSED~~ ORDER/COVER SHEET

ORIGINAL FILED

AUG 28 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: Honorable Maria Elena James
U.S. Magistrate Judge

RE: COLBY BATTON

FROM: Claudette M. Silvera, Chief
U.S. Pretrial Services Officer

DOCKET NO.: CR06-00445 SI

DATE: August 24, 2006

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Victoria Gibson
U.S. Pretrial Officer, Treatment Specialist

510-637-3752
TELEPHONE NUMBER

RE: MODIFICATION OF CONDITIONS (OR INFORMATION/VIOLATION)

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. B on 8/31/06 at 10:00 AM.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge_____  Presiding District Court Judge_____

[X] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[X] Modification(s)

A. The defendant shall submit to electronic monitoring as directed by Pretrial Services; and

B. The defendant shall submit to drug and alcohol testing and counseling at the direction of Pretrial Services.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties (AUSA and Defense Counsel).

[ ] Other Instructions:

_____
JUDICIAL OFFICER
MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

DATE: 8-28-06