```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  TRACIE L. BROWN (CSBN 184339)
    Assistant United States Attorney
 5
       450 Golden Gate Avenue, Box 36055
 6     San Francisco, CA 94102
       Telephone: (415) 436-6917
 7     Facsimile:  (415) 436-7234

 8  Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 06-445 SI |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION EXCLUDING TIME FROM JUNE 30, 2006 TO AUGUST 25, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. ) | |
| COLBY SHAWN PATTON, ) | |
| Defendant. ) | |

The parties appeared before the Hon. Susan Illston on June 30, 2006, July 14, 2006 and July 28, 2006. During those appearances, the parties agreed and the Court found and held as follows:

1. The parties agreed to an exclusion of time under the Speedy Trial Act from June 30, 2006 to August 25, 2006, in light of the need for the defendant's counsel to review discovery with his client and discuss an appropriate disposition with the government. Failure to grant the requested continuance would unreasonably deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, defendant's counsel's time outside of the District, and defendant's counsel's need to prepare a motion to be filed on August 25, 2006.

2. In addition, the Defendant filed a motion on July 14, 2006, which was heard on July 28, 2006. That time was automatically excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(F).

3. Given these circumstances, the Court found that the ends of justice served by excluding the period from June 30, 2006 to August 25, 2006 outweigh the best interest of the public and the defendant in a speedy trial. Id. § 3161(h)(8)(A).

4. The Court scheduled a hearing date of September 22, 2006 at 11:00 a.m. on the motion defendant's counsel plans to file on August 25, 2006.

IT IS SO STIPULATED.

DATED: _____    \_\_\_\_/S/_____
TRACIE L. BROWN
Assistant United States Attorney

DATED: _____    \_\_\_\_/S/_____
JOSH COHEN
Attorney for COLBY SHAWN PATTON

**IT IS SO ORDERED.**

DATED:_____    _____
THE HON. SUSAN ILLSTON
United States District Judge

STIPULATION AND ORDER
CR 06-445 SI                                2