KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile:  (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 06-445 SI |
| Plaintiff, | [PROPOSED] ORDER RELEASING DEFENDANT FROM CUSTODY AND AMENDING CONDITIONS OF PRE-TRIAL RELEASE |
| v. | |
| COLBY SHAWN PATTON, | |
| Defendant. | |

    The parties appeared before the Hon. Maria-Elena James on August 31, 2006 for a bail review hearing. At that time, the Court continued the hearing until September 7, 2006, and remanded the Defendant to custody pending the continuation of the bail review hearing. The parties appeared again on September 7, 2006, at which time the Court ordered the Defendant to be released from custody. The Court further amended his conditions of pre-trial release as follows:

    1. In lieu of staying at Cornell Corrections facility, the Defendant shall reside at home on electronic monitoring.

    2. Unless he is given prior permission from his Pretrial Services Officer, the Defendant is permitted to leave his home for the following purposes only: resolving any state court matters

CR 06-445 SI
ORDER RE PRE-TRIAL RELEASE

currently pending, all court appearances (federal or state), meetings with his attorney or Pretrial Services Officer, medical appointments, and employment.

    3. The Defendant having given consent, the Defendant shall submit to drug testing at the direction of his Pretrial Services Officer.

    4. All other conditions of release remain in place.

**IT IS SO ORDERED.**

DATED: 9-7-06

THE HON. MARIA-ELENA JAMES
United States Magistrate Judge

CR 06-445 SI
ORDER RE PRE-TRIAL RELEASE    2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

USA et al,

        Plaintiff,

v.

COLBY SHAWN PATTON et al,

        Defendant.

Case Number: CR06-00445 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 7, 2006, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Josh Alan Cohen
Office of the Public Defender
450 Golden Gate Avenue
19th floor
San Francisco, CA 94102

Tracie L. Brown
U.S. Attorney's Office
450 Golden Gate Ave. 10th Fl.
San Francisco, CA 94102

Victoria Gibson
Pretrial Services
450 Golden Gate Ave
San Francisco, CA 94102

Dated: September 7, 2006

Richard W. Wieking, Clerk
By: Brenda tobert, Deputy Clerk

cc: U.S. Marshals-3 certified copies