KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

TRACIE L. BROWN (CSBN 184339)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6917
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 06-445 SI |
| Plaintiff, ) | [PROPOSED] ORDER AND STIPULATION CONTINUING HEARING FROM 11:00 A.M. ON NOVEMBER 3, 2006 TO 1:30 P.M. ON NOVEMBER 3, 2006 |
| v. ) | |
| COLBY SHAWN PATTON, ) | |
| Defendant. ) | |

    The parties are currently set for a hearing on the Defendant's Motion to Suppress and Motion to Compel Discovery ("Motions") at 11:00 a.m. on November 3, 2006.

    1. The government's counsel is now scheduled to appear before the Hon. D. Lowell Jensen on the morning of November 3, 2006, in Oakland. Because of uncertainty as to how long that calendar may be, and at the suggestion of courtroom deputy Ms. Tracy Sutton, the parties hereby jointly request that the Court continue the 11:00 a.m. hearing on the Motions until 1:30 p.m. on November 3, 2006, or such other time as may be convenient for the Court.

///

///

STIPULATION AND ORDER
CR 06-445 SI

1  IT IS SO STIPULATED.

2  DATED: 10/30/06                          /S/
3                                           TRACIE L. BROWN
                                            Assistant United States Attorney
4

5  DATED: 10/30/06                          /S/
                                            JOSH COHEN
6                                           Attorney for COLBY SHAWN PATTON

7

8  **IT IS SO ORDERED.**  The parties shall appear for a hearing on the Defendant's Motions at

9  ___:___ _.m. on November __, 2006.

10  DATED:_____           _____
11                                          THE HON. SUSAN ILLSTON
                                            United States District Judge

STIPULATION AND ORDER
CR 06-445 SI                      2