# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | Docket Number: CR 06-00445-01 SI |
| Colby S. Patton ) | |

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __February 2, 2007__ be continued until __March 9, 2007__ at __11:00 am__.

Date: 1/9/07

Susan Illston
United States District Judge